FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

NOV 28 2022

GARY P. SERDAR
CLERK OF COURT

BY _____
DEPUTY CLERK

TRINA A. HIGGINS, United States Attorney (#7349)
TYLER MURRAY, Assistant United States Attorney (#10308)
SACHIKO JEPSON, Special Assistant United States Attorney (#17077)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 •

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RANDOLPH SCOTT TURNER, <br><br> Defendant. | **FELONY INFORMATION** <br><br> Count 1: 18 U.S.C. § 641 (Theft of Public Money, Property, or Records) <br><br> Case: 2:22-cr-00464 <br> Assigned To : Parrish, Jill N. <br> Assign. Date : 11/28/2022 <br> Description: USA V Turner |

The United States Attorney alleges:

**COUNT I**
18 U.S.C. § 641
(Theft of Public Money, Property or Records)

From on or about July 2017, and continuing through on or about August 2020, in the District of Utah,

RANDOLPH SCOTT TURNER

defendant herein, did willfully and knowingly embezzle, steal, purloin, and convert to his own use and the use of another, money belonging to the United States and a department

and agency thereof, in total amount greater than $1,000.00, to wit: Social Security Title II Disability Insurance benefits, in the amount of approximately $96,479.90; and aided and abetted in the same; all in violation of 18 U.S.C. §§ 641 and 2.

TRINA A. HIGGINS
United States Attorney

/s/ Tyler Murray
_____
TYLER L. MURRAY
Assistant United States Attorney